# Court of Appeals
# of the State of Georgia

ATLANTA,  October 18, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0327. FREDRIC EUGENE PRESTON v. THE STATE.**

In 2011, Fredric Eugene Preston pled guilty to child molestation and other crimes and received a twenty-year sentence. He later filed a "Motion to Correct Clerical Error," seeking credit for time served. On November 23, 2011, the trial court entered an order denying Preston's motion. Preston filed two direct appeals and an application for discretionary appeal from that order, and this Court dismissed all appeals as untimely.[1] Preston subsequently filed another motion to correct clerical error, an extraordinary motion to correct clerical error, and a motion for sentence modification. The trial court entered two orders denying these motions on July 29, 2013, and Preston filed his notice of appeal on September 11, 2013. We lack jurisdiction.

Pretermitting whether Preston had a right of direct appeal from the orders in question, his appeal is untimely. A notice of appeal must be filed within 30 days after entry of the order to be appealed. See OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Preston filed his notice of appeal 44 days after entry of the trial court's order. Because we lack jurisdiction to consider Preston's untimely appeal, it is hereby DISMISSED.

---

[1] See *Preston v. State*, Case No. A12A2131 (decided July 25, 2012), and *Preston v. State*, Case No. A12A2132 (decided July 25, 2012), *Preston v. State*, Application No. A12D0437 (decided July 11, 2012).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/18/2013
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____, *Clerk.*